UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:07-CR-133(01)RM |
| ) | |
| MICHAEL T. WILLIAMS ) | |

<u>ORDER</u>

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on April 16, 2008. Accordingly, the court ADOPTS those findings and recommendations [docket # 15], ACCEPTS defendant Michael Williams's plea of guilty, and FINDS the defendant guilty of Counts 1 and 2 of the Indictment, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 924(c).

SO ORDERED.

ENTERED:   May 7, 2008

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court